# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Andre Battle

                    Plaintiff,

v.                                        Case No.: 1:24–cv–12262

                                                    Honorable John Robert Blakey

Viva Time Corp.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 29, 2025:

      MINUTE entry before the Honorable John Robert Blakey: Based upon Plaintiff Andre Battle's notice of settlement [13], this case is dismissed without prejudice under Rule 41(a). Absent reinstatement by 6/25/25, this dismissal shall automatically convert to a dismissal with prejudice. Civil case terminated. Mailed notice. (evw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.